**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CARSON HILL GOLD MINING CORPORATION, a Nevada corporation,**<br><br>                  **Plaintiffs,**<br><br>           v.<br><br>**SUTTON ENTERPRISES, a California general partnership,**<br><br>                  **Defendants.** | CV F 06-1193 AWI SMS<br><br>**ORDER SETTING ORAL ARGUMENT ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Document # 7] |

    In this action for injunctive and declaratory relief, plaintiff Carson Hill Gold Mining Corporation ("Plaintiff") has requested the court issue a temporary restraining order ("TRO") to prevent defendant Sutton Enterprises ("Defendant") from taking any action to interfere with Plaintiff's efforts to implement a corrective action plan that is intended to prevent contaminated water run-off from certain areas of accumulated mining waste located within Defendant's property. Notice of the request for TRO was served on Defendant and the court has received Defendant's opposition. Because the request for TRO was not made *ex parte*, the court will set a schedule for reply briefing and will set a date for or argument on Plaintiff's request for temporary restraining order.

1 THEREFORE, it is hereby ordered that Plaintiff may file and serve a reply to Defendant's
2 objection not later than 4:00 p.m. Tuesday, September 19, 2006.  Hearing on Plaintiff's request
3 for restraining order shall be held at 10:00 a.m. on Thursday, September 21, 2006, in courtroom
4 2.

6 IT IS SO ORDERED.

7 **Dated:   September 15, 2006**                    **/s/ Anthony W. Ishii**
  0m8i78                                              UNITED STATES DISTRICT JUDGE