1  ZANE O. GRESHAM (CA SBN 57165)
   *zgresham@mofo.com*
2  SHAYE DIVELEY (CA SBN 215602)
   *sdiveley@mofo.com*
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Plaintiff/Counter-Defendant
   CARSON HILL GOLD MINING CORPORATION
7
   CHARLES W. REESE (CA SBN 045805)
8  *creese@wulfslaw.com*
   TIMOTHY A. COLVIG (CA SBN 114723)
9  *tcolvig@wulfslaw.com*
   WULFSBERG REESE COLVIG & FIRSTMAN
10 PROFESSIONAL CORPORATION
   Kaiser Center
11 300 Lakeside Drive, 24th Floor
   Oakland, CA 94612-3524
12 Telephone:  (510) 835-9100
   Facsimile:  (510) 451-2170
13
   Attorneys for Defendant/Counter-Claimant
14 SUTTON ENTERPRISES

15

16                 UNITED STATES DISTRICT COURT

17                 EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19 CARSON HILL GOLD MINING CORPORATION, A NEVADA | Case No.    1:06-CV-01193-AWI-SMS |
| 20 CORPORATION, | |
| 21                     Plaintiff and Counter-Defendant, | **STIPULATED REQUEST TO EXTEND DATES IN SCHEDULING ORDER ; AND** |
| 22 | |
| 23         v. | **ORDER** |
| 24 SUTTON ENTERPRISES, A CALIFORNIA GENERAL PARTNERSHIP, | |
| 25                     Defendant and Counterclaimant. | |
| 26 | |

27

28

STIPULATED REQUEST TO EXTEND
DATES IN SCHEDULING ORDER
sf- 2335909

1    WHEREAS, the present litigation between Plaintiff and Counter-Defendant CARSON

2    HILL GOLD MINING CORPORATION ("CHGMC") and Defendant and Counterclaimant

3    SUTTON ENTERPRISES ("Sutton") focuses on contractual allocations of responsibility for

4    environmental conditions at the Carson Hill Mine ("Mine") near Angels Camp in Calaveras

5    County, California; and

6    WHEREAS, on January 10, 2007, more than four months after the filing of this lawsuit,

7    the Central Valley Regional Water Quality Control Board ("Water Board") issued a Cleanup and

8    Abatement Order, No. R5-2007-0700 ("CAO"), to Carson Hill Rock Products, an entity of

9    Sutton, and CHGMC, regarding water quality issues at the Mine; and

10   WHEREAS, pursuant to the CAO, CHGMC and Sutton must implement certain measures

11   at the Mine during 2007 to address water quality concerns; and

12   WHEREAS, pursuant to subsequent discussions with the Water Board, CHGMC and

13   Sutton must submit a final Corrective Action Program for the Mine by February 15, 2008; and

14   WHEREAS, the final Corrective Action Program for the Mine is anticipated to propose

15   long-term measures at the Mine to address water quality concerns, which will likely be

16   implemented beginning in 2008; and

17   WHEREAS, these specific requirements of the CAO were not contemplated by the parties

18   at the time of the filing of the lawsuit, and the parties anticipate that the measures implemented

19   under the CAO this year and proposed under the final Corrective Action Program for the

20   following years may have an impact on the issues in this litigation; and

21   WHEREAS, based on deadlines proposed by the parties, the Court previously adopted the

22   following litigation schedule for the case:

23   Last Day to Disclose Experts:                    June 29, 2007

24   Last Day to Serve Written Discovery Requests:    July 27, 2007

25   Last Day to Disclose Rebuttal Experts:           July 27, 2007

26   Last Day to Conduct Discovery:                   August 31, 2007

27   Last to File Non-Dispositive Motions:            August 31, 2007

28   Last Day to File Dispositive Motions:            September 28, 2007

STIPULATED REQUEST TO EXTEND
DATES IN SCHEDULING ORDER                            1
sf- 2335909

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Pre-Trial Conference: | December 7, 2007 |
| 2 | Trial: | January 15, 2008 |

3    WHEREAS, at the time the current pre-trial and trial schedule was established, the parties

4 were not aware of the requirements imposed by the CAO; and

5    WHEREAS, the parties believe that extending the deadlines until after the date for

6 submission of the final Corrective Action Program on February 15, 2008, will conserve the

7 resources of the parties and the Court, and potentially focus the issues before the Court, because

8 the remedies to be proposed under the final Corrective Action Plan on February 15, 2008, may

9 substantially affect the nature and extent of expert testimony, the nature and extent of claimed

10 damages, and the parties' dispute in general.

11    THEREFORE, the parties hereby stipulate and respectfully request the Court to extend the

12 above dates as follows:

| | | |
|---|---|---|
| 13 | Last Day to Disclose Experts: | April 15, 2008 |
| 14 | Last Day to Serve Written Discovery Requests: | May 15, 2008 |
| 15 | Last Day to Disclose Rebuttal Experts: | May 15, 2008 |
| 16 | Last Day to Conduct Discovery: | June 16, 2008 |
| 17 | Last to File Non-Dispositive Motions: | June 16, 2008 |
| 18 | Last Day to File Dispositive Motions: | July 15, 2008 |
| 19 | Pre-Trial Conference: | August 29, 2008 |
| 20 | Trial: | September 30, 2008 |

21

22    Dated: June 14, 2007          ZANE O. GRESHAM
                                     SHAYE DIVELEY
23                                   MORRISON & FOERSTER LLP

24

25                                   By: _____/s/ Shaye Diveley_____
                                         Shaye Diveley

26                                   Attorneys for Plaintiff
                                     CARSON HILL GOLD MINING
27                                   CORPORATION

28

STIPULATED REQUEST TO EXTEND          2
DATES IN SCHEDULING ORDER
sf- 2335909

PDF created with pdfFactory trial version www.pdffactory.com

1      Dated: June 13, 2007                CHARLES W. REESE
                                           WULFSBERG REESE COLVIG & FIRSTMAN
2                                          PROFESSIONAL CORPORATION

3
                                           By:  _____/s/ Charles W. Reese_____
4                                               Charles W. Reese

5                                               Attorneys for Defendant
                                                SUTTON ENTERPRISES
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO EXTEND                      3
DATES IN SCHEDULING ORDER
sf- 2335909

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO ORDERED:

2    DATED:   6/19/2007

3                                                    _____
                                                     SANDRA M. SNYDER,
4                                                    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO EXTEND
DATES IN SCHEDULING ORDER                    4
sf- 2335909

PDF created with pdfFactory trial version www.pdffactory.com