1   ZANE O. GRESHAM (CA SBN 57165)
    *zgresham@mofo.com*
2   SHAYE DIVELEY (CA SBN 215602)
    *sdiveley@mofo.com*
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Plaintiff/Counter-Defendant
    CARSON HILL GOLD MINING CORPORATION
7
    CHARLES W. REESE (CA SBN 045805)
8   *creese@wulfslaw.com*
    TIMOTHY A. COLVIG (CA SBN 114723)
9   *tcolvig@wulfslaw.com*
    WULFSBERG REESE COLVIG & FIRSTMAN
10  PROFESSIONAL CORPORATION
    Kaiser Center
11  300 Lakeside Drive, 24th Floor
    Oakland, CA 94612-3524
12  Telephone:  (510) 835-9100
    Facsimile:  (510) 451-2170
13
    Attorneys for Defendant/Counter-Claimant
14  SUTTON ENTERPRISES

15

16                        UNITED STATES DISTRICT COURT

17                        EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  CARSON HILL GOLD MINING CORPORATION, A NEVADA<br>20  CORPORATION,<br><br>21              Plaintiff and Counter-Defendant,<br>22<br>      v.<br>23<br>    SUTTON ENTERPRISES, A CALIFORNIA<br>24  GENERAL PARTNERSHIP,<br><br>25              Defendant and Counterclaimant.<br>26 | Case No.   1:06-CV-01193-AWI-SMS<br><br>**STIPULATED REQUEST TO EXTEND DATES IN SCHEDULING ORDER** |

27

28

STIPULATED REQUEST TO EXTEND
DATES IN SCHEDULING ORDER
sf- 2335909
sf- 2336305

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, the present litigation between Plaintiff and Counter-Defendant CARSON HILL GOLD MINING CORPORATION ("CHGMC") and Defendant and Counterclaimant SUTTON ENTERPRISES ("Sutton") focuses on contractual allocations of responsibility for environmental conditions at the Carson Hill Mine ("Mine") near Angels Camp in Calaveras County, California; and

WHEREAS, on January 10, 2007, more than four months after the filing of this lawsuit, the Central Valley Regional Water Quality Control Board ("Water Board") issued a Cleanup and Abatement Order, No. R5-2007-0700 ("CAO"), to Carson Hill Rock Products, an entity of Sutton, and CHGMC, regarding water quality issues at the Mine; and

WHEREAS, pursuant to the CAO, CHGMC and Sutton must implement certain measures at the Mine during 2007 to address water quality concerns; and

WHEREAS, pursuant to subsequent discussions with the Water Board, CHGMC and Sutton must submit a final Corrective Action Program for the Mine by February 15, 2008; and

WHEREAS, the final Corrective Action Program for the Mine is anticipated to propose long-term measures at the Mine to address water quality concerns, which will likely be implemented beginning in 2008; and

WHEREAS, these specific requirements of the CAO were not contemplated by the parties at the time of the filing of the lawsuit, and the parties anticipate that the measures implemented under the CAO this year and proposed under the final Corrective Action Program for the following years may have an impact on the issues in this litigation; and

WHEREAS, based on deadlines proposed by the parties, the Court previously adopted the following litigation schedule for the case:

| | |
|---|---|
| Last Day to Disclose Experts: | June 29, 2007 |
| Last Day to Serve Written Discovery Requests: | July 27, 2007 |
| Last Day to Disclose Rebuttal Experts: | July 27, 2007 |
| Last Day to Conduct Discovery: | August 31, 2007 |
| Last to File Non-Dispositive Motions: | August 31, 2007 |
| Last Day to File Dispositive Motions: | September 28, 2007 |

STIPULATED REQUEST TO EXTEND
DATES IN SCHEDULING ORDER                1
sf- 2335909

PDF created with pdfFactory trial version www.pdffactory.com

1 | Pre-Trial Conference: | December 7, 2007
2 | Trial: | January 15, 2008

3  WHEREAS, at the time the current pre-trial and trial schedule was established, the parties
4  were not aware of the requirements imposed by the CAO; and

5  WHEREAS, the parties believe that extending the deadlines until after the date for
6  submission of the final Corrective Action Program on February 15, 2008, will conserve the
7  resources of the parties and the Court, and potentially focus the issues before the Court, because
8  the remedies to be proposed under the final Corrective Action Plan on February 15, 2008, may
9  substantially affect the nature and extent of expert testimony, the nature and extent of claimed
10 damages, and the parties' dispute in general.

11  THEREFORE, the parties hereby stipulate and respectfully request the Court to extend the
12 above dates as follows:

13 | Last Day to Disclose Experts: | April 15, 2008
14 | Last Day to Serve Written Discovery Requests: | May 15, 2008
15 | Last Day to Disclose Rebuttal Experts: | May 15, 2008
16 | Last Day to Conduct Discovery: | June 16, 2008
17 | Last to File Non-Dispositive Motions: | June 16, 2008
18 | Last Day to File Dispositive Motions: | July 15, 2008
19 | Pre-Trial Conference: | August 29, 2008
20 | Trial: | September 30, 2008
21
22 | Dated: June 14, 2007 | ZANE O. GRESHAM
23 | | SHAYE DIVELEY
   | | MORRISON & FOERSTER LLP
24
25 | | By: _____/s/ Shaye Diveley_____
   | |         Shaye Diveley
26 | | Attorneys for Plaintiff
   | | CARSON HILL GOLD MINING
27 | | CORPORATION
28

STIPULATED REQUEST TO EXTEND
DATES IN SCHEDULING ORDER         2
sf- 2335909

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: June 13, 2007

CHARLES W. REESE
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION

By: _____/s/ Charles W. Reese_____
    Charles W. Reese

Attorneys for Defendant
SUTTON ENTERPRISES

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST TO EXTEND
DATES IN SCHEDULING ORDER
sf- 2335909

3

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED:

2  DATED:   6/19/2007

3  /s/ Sandra M. Snyder
SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST TO EXTEND
DATES IN SCHEDULING ORDER      4
sf- 2335909

PDF created with pdfFactory trial version www.pdffactory.com