1 | ZANE O. GRESHAM (CA SBN 57165)
*zgresham@mofo.com*
2 | SHAYE DIVELEY (CA SBN 215602)
*sdiveley@mofo.com*
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Plaintiff/Counter-Defendant
CARSON HILL GOLD MINING CORPORATION
7 |
CHARLES W. REESE (CA SBN 045805)
8 | *creese@wulfslaw.com*
TIMOTHY A. COLVIG (CA SBN 114723)
9 | *tcolvig@wulfslaw.com*
WULFSBERG REESE COLVIG & FIRSTMAN
10 | PROFESSIONAL CORPORATION
Kaiser Center
11 | 300 Lakeside Drive, 24th Floor
Oakland, CA 94612-3524
12 | Telephone: (510) 835-9100
Facsimile: (510) 451-2170
13 |
Attorneys for Defendant/Counter-Claimant
14 | SUTTON ENTERPRISES

15 |

16 | UNITED STATES DISTRICT COURT

17 | EASTERN DISTRICT OF CALIFORNIA

18 |

| | |
|---|---|
| CARSON HILL GOLD MINING CORPORATION, A NEVADA CORPORATION, | Case No. 1:06-CV-01193-AWI-SMS |
| Plaintiff and Counter-Defendant, | **STIPULATED REQUEST TO STAY DATES IN SCHEDULING ORDER ;** |
| v. | |
| SUTTON ENTERPRISES, A CALIFORNIA GENERAL PARTNERSHIP, | **ORDER** |
| Defendant and Counterclaimant. | |

STIPULATED REQUEST TO STAY DATES IN SCHEDULING ORDER
sf-2488392

1    WHEREAS, the present litigation between Plaintiff and Counter-Defendant CARSON
2  HILL GOLD MINING CORPORATION ("CHGMC") and Defendant and Counterclaimant
3  SUTTON ENTERPRISES ("Sutton") focuses on contractual allocations of responsibility for
4  environmental conditions at the Carson Hill Mine ("Mine") near Angels Camp in Calaveras
5  County, California; and

6    WHEREAS, on January 10, 2007, more than four months after the filing of this lawsuit,
7  the Central Valley Regional Water Quality Control Board ("Water Board") issued a Cleanup and
8  Abatement Order, No. R5-2007-0700 ("CAO"), to Carson Hill Rock Products, an entity of
9  Sutton, and CHGMC, regarding water quality issues at the Mine; and

10    WHEREAS, pursuant to the CAO, CHGMC submitted a final Closure Plan for the Mine
11 to the Water Board on February 15, 2008; and

12    WHEREAS, the final Closure Plan for the Mine proposed long-term measures at the Mine
13 to address water quality concerns; and

14    WHEREAS, as of the date of this stipulation, the Water Board has not formally approved
15 the Closure Plan nor has issued new waste discharge requirements ("WDRs") for the Mine, as
16 anticipated under the CAO; and

17    WHEREAS, the specific requirements of the CAO and the Closure Plan were not
18 contemplated by the parties at the time of the filing of the lawsuit, and the parties anticipate that
19 the measures implemented under the CAO, the proposed Closure Plan and the anticipated WDRs
20 for the following years may have an impact on the issues in this litigation; and

21    WHEREAS, the parties have been working together to resolve the issues raised in this
22 litigation and to address the specific requirements of the CAO and the proposed Closure Plan; and

23    WHEREAS, based on a stipulated request by the parties, the Court previously adopted the
24 following litigation schedule for the case:

25     Last Day to Disclose Experts:              April 15, 2008
26     Last Day to Serve Written Discovery Requests:   May 15, 2008
27     Last Day to Disclose Rebuttal Experts:       May 15, 2008
28     Last Day to Conduct Discovery:             June 16, 2008

STIPULATED REQUEST TO STAY DATES IN SCHEDULING ORDER                                  1
sf-2488392

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Last to File Non-Dispositive Motions: | June 16, 2008 |
| 2 | Last Day to File Dispositive Motions: | July 15, 2008 |
| 3 | Pre-Trial Conference: | August 29, 2008 |
| 4 | Trial: | September 30, 2008 |

WHEREAS, the parties believe that staying this litigation would conserve the resources of the parties and the Court, assist in focusing the issues before the Court, and allow time to possibly resolve the remaining issues in this litigation.

THEREFORE, for good cause shown, the parties hereby stipulate and respectfully request the Court issue an order as follows:

1. All current dates in the litigation schedule are stayed.
2. Within 60 days of this order, the parties will report back to the Court on the status of settlement negotiations.  At that time, unless for good cause shown, the parties will request, and the Court will set, a new scheduling order for the litigation.

Dated: April 2, 2008

ZANE O. GRESHAM
SHAYE DIVELEY
MORRISON & FOERSTER LLP

By:   */s/ Shaye Diveley*
      Shaye Diveley

Attorneys for Plaintiff
CARSON HILL GOLD MINING
CORPORATION

Dated: April 2, 2008

CHARLES W. REESE
WULFSBERG REESE COLVIG & FIRSTMAN
PROFESSIONAL CORPORATION

By:   */s/ Charles W. Reese*
      Charles W. Reese

Attorneys for Defendant
SUTTON ENTERPRISES

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED: all dates 'STAYED' in this action and parties will file a 'Joint Status Report' with the court Sixty (60) days from service of this Order.

2  DATED:  4/3/2008

3

4                                             /s/ Sandra M. Snyder
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com